UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2014-174-WOB-HAI

TIMOTHY WAYNE HOLLINGSWORTH                              PLAINTIFF

VS.                              **ORDER**

JASON GABBARD, ET AL                                    DEFENDANTS

This matter is before the Court on the Magistrate Judge's Amended Recommended Disposition (Doc. 70), and there being no objections filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Amended Recommended Disposition (Doc. 70) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; that plaintiff's motion requesting a directed verdict (Doc. 53) be, and it hereby is, **denied**.

This 21st day of October, 2015.



Signed By:
*William O. Bertelsman*  WOB
United States District Judge