UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2014-174-WOB-HAI

TIMOTHY WAYNE HOLLINGSWORTH                                PLAINTIFF

VS.                             ORDER

JASON GABBARD, ET AL                                      DEFENDANTS

    This matter is before the Court on the Magistrate Judge's Recommended Disposition (Doc. 83), and having considered de novo those objections filed thereto by plaintiff (Doc. 85), and the Court being advised,

    **IT IS ORDERED** that the objections (Doc. 85) to the Recommended Disposition of the Magistrate Judge be, and they are, **overruled**; that the Recommended Disposition (Doc. 83) be, and it hereby is, **adopted** as the finding of fact and conclusions of law of this Court; and that defendants' motion for summary judgment (Doc. 73) is **granted**. A separate Judgment shall enter concurrently herewith.

    This 1st day of March, 2016.



Signed By:
*William O. Bertelsman*
United States District Judge